MALIK W. AHMAD, Esq.
Nevada Bar No. 10305
8430 West Lake Mead Blvd., Suite 100
Las Vegas, Nevada, 89128
(702) 270-9100 (Phone)
Malik@lasvegaslawgroup.com
*Attorney for Plaintiff*
LEGAL RECOVERY, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF LAS VEGAS, NEVADA

| *Debtor* | ) | CASE: 19-12981-mkn |
|---|---|---|
| JOANNE W. ENG | ) | Adversary Case No. 21-01136 |
| Debtor | ) | NOTICE OF APPEARANCE OF COUNSEL |
| | ) | CREDITOR'S OPPOSITION TO DEBTOR'S JOANNE ENG'S NOTICE OF REMOVEL (pursuant to 28 U.S.C. §§ 1334(e), 1441)d 1452(a); Fed R. Bankr. Pro. 9027 |
| | ) | **HEARING** Date: October 13, 2021 Time: 2:30 p.m. Courtroom: 2 |

PLEASE TAKE NOTICE that MALIK W. AHMAD, ESQ., is appearing on behalf of the Plaintiff, LEGAL RECOVERY, in the above-referenced matter. All

[1]

future notices, orders or hearings must be served at 8430 West Lake Mead Blvd, Suite 100, Las Vegas, Nevada 89128

DATED this 9th day of September 2021.

                                          LAW OFFICE OF Malik W. Ahmad,

                                          BY:  /s/Malik W. Ahmad
                                                Malik W. Ahmad, Esq.
                                                Nevada Bar No. 10305
                                                8430 West Lake Mead Blvd., Suite 100
                                                Las Vegas, Nevada, 89128
                                                (702) 270-9100 (Phone)
                                                Malik@lasvegaslawgroup.com

## CERTIFICATE OF MAILING

I hereby certify that on the 9th day of September 2021, I electronically filed a copy of the foregoing 'Creditor's Opposition to Motion for Remand, to the following counsel of record following the rules of ECF currently required in the US Bankruptcy Court:

Eric C. Severino, Esq.
Law Office of Erik Severino
7251 W. Lake Mead Blvd. Ste 300
Las Vegas, NV 89128
Email: erik@mylasvegaslawyers.com

| | |
|---|---|
| Kathlen A. Leavitt | kall13mail@las13.com |
| Peter Kurturbes | PKurturbes@Kurturbeslaw.com |
| Leeds Dissent | cadiss@yahoo.com |
| Martin Eng | me2461111@gmail.com |
| Joanne Eng | jwaneng9@gmail.com |

                                                    /s/Malik W. Ahmad
                                                       Employee