MALIK W. AHMAD, Esq.
Nevada Bar No. 10305
8430 West Lake Mead Blvd., Suite 100
Las Vegas, Nevada, 89128
(702) 270-9100 (Phone)
Malik@lasvegaslawgroup.com
*Attorney for Plaintiff*
LEGAL RECOVERY, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF LAS VEGAS, NEVADA

| | |
|---|---|
| IN RE: ) | CASE: 19-12981-mkn |
| JOANNE W. ENG , ) | |
| Debtor(s) ) | Adversary Case No. 21-01136 |
| _____ ) | |
| LEGAL RECOVERY, LLC, et al, ) | |
| Plaintiff(s) ) | |
| ) | |
| Vs. ) | |
| Legal Recovery LLC ) | |
| Martin Lee Eng. Ying Chan Eng ) | AMENDED NOTICE OF APPEARANCE |
| Lombard Flats, LLC, Ever Lasting Life, ) | |
| Hong Kong China Groups of ) | |
| Companies LLC ) | |
| Kearing Washington LLC ) | |
| Green Construction ) | |
| Ning Ho ) | |
| Montgomery Art Gallery ) | |
| One Stop Delivery Inc. ) | |
| Universal Photos ) | |
| White Snow Corp. ) | |
| Chief Asian, LLC ) | |
| Pioneer 74 Lots, LLC ) | |
| Jems Investment, LLC ) | |

[1]

| | |
|---|---|
| Shana Liu | ) |
| San P. Eng | ) |
| Joanne Eng | ) |
| Thomas F. Eng | ) |
| Louis Hop Lee and Does 1 to | ) |
| 100 Defendants | ) |
| _____ | ) |

PLEASE TAKE NOTICE that MALIK W. AHMAD, ESQ., is appearing on behalf of the Plaintiff, LEGAL RECOVERY. All future notices, orders or hearings must be served at 8430 West Lake Mead Blvd, Suite 100, Las Vegas, Nevada 89128

DATED this 10th day of September 2021.

        LAW OFFICE OF Malik W. Ahmad,

        BY: /s/Malik W. Ahmad
        Malik W. Ahmad, Esq.
        Nevada Bar No. 10305
        8430 West Lake Mead Blvd., Suite 100
        Las Vegas, Nevada, 89128
        (702) 270-9100 (Phone)
        Malik@lasvegaslawgroup.com

### CERTIFICATE OF MAILING

I hereby certify that on the 10th day of September 2021, I electronically filed a copy of the foregoing 'Creditor's Opposition to Motion for Remand, to the following counsel of record following the rules of ECF currently required in the US Bankruptcy Court:

Eric C. Severino, Esq.
Law Office of Erik Severino
7251 W. Lake Mead Blvd. Ste 300
Las Vegas, NV 89128

Case 21-01136-mkn    Doc 9    Entered 09/10/21 15:10:51    Page 3 of 3
<mark>/</mark>

| | |
|---|---|
| Email: erik@mylasvegaslawyers.com | |
| Kathlen A. Leavitt | kall13mail@las13.com |
| Peter Kurturbes | PKurturbes@Kurturbeslaw.com |
| Leeds Dissent | cadiss@yahoo.com |
| Martin Eng | me2461111@gmail.com |
| Joanne Eng | jwaneng9@gmail.com |
| Legal REcovery LLC | 1433 7th Ave, San Francisco, A 94133 |
| Martin Lee Eng | 949 Lombard St, San Francisco, CA 94133 |
| Ying Chan Eng | 949 Lombard St, San Francisco, CA 94133 |
| Lombard Flats, LLC, Ever Lasting Life, | 949 Lombard St, San Francisco, CA 94133 |
| Hong Kong China Groups of Companies LLC | 949 Lombard St, San Francisco, CA 94133 |
| Kearing Washington LLC | 949 Lombard St, San Francisco, CA 94133 |
| Green Construction | 949 Lombard St, San Francisco, CA 94133 |
| Ning Ho | 949 Lombard St, San Francisco, CA 94133 |
| Montgomery Art Gallery | 949 Lombard St, San Francisco, CA 94133 |
| One Stop Delivery Inc. | 949 Lombard St, San Francisco, CA 94133 |
| Universal Photos | 949 Lombard St, San Francisco, CA 94133 |
| White Snow Corp. | 949 Lombard St, San Francisco, CA 94133 |
| Chief Asian, LLC | 949 Lombard St, San Francisco, CA 94133 |
| Pioneer 74 Lots, LLC | 949 Lombard St, San Francisco, CA 94133 |
| Jems Investment, LLC | 949 Lombard St, San Francisco, CA 94133 |
| Shana Liu | 9727 Ridge Bluff Ave. Las Vegas, NV 89148 |
| San P. Eng | 949 Lombard St., SF CA 94133 |
| Joanne Eng | 9727 Ridge Bluff Ave, Las Vegas, NV 89148 |
| Thomas F. Eng | 949 Lombard St, San Francisco, CA 94133 |
| Louis Hop Lee and Does 1 to 100 Defendants | |

/s/Malik W. Ahmad
Employee

[3]